John M. **PERGOLESE** and Peggy Doud Pergolese

v.

The **STANDARD FIRE INSURANCE CO.**, One of the Travelers Insurance Companies d/b/a Travelers Property Casualty and Travelers Group

Petition of: the Standard Fire Insurance Co.

No. 324 MAL 2017

Supreme Court of Pennsylvania.

October 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,** Respondent

v.

Gary **WILLIAMS**, Petitioner

No. 261 MAL 2017

Supreme Court of Pennsylvania.

October 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,** Respondent

v.

Michael **LLOYD**, Petitioner

No. 252 MAL 2017

Supreme Court of Pennsylvania.

October 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.